UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

                                           Chapter  7

Joseph M. Fleury                         Case No.  08-10204 WCH

          Debtor
_____/

**DEFICIENCY NOTICE RE: PETITION FOR PAYMENT OF UNCLAIMED FUNDS**

The Court is unable to process your Petition for Payment of Unclaimed Funds re: *(PNC Bank, NA requesting the funds of claimant CLC Consumer Services in the amount of $2,955.46)* without additional information.

1. The Court requires a copy of a government issued photo ID from anyone making a claim for funds held by the Court.

2. Please provide proof of your position with PNC Bank, NA or PNC Financial Services Group. (Documentation of your position should be on official letterhead with the corporate seal.) You have listed yourself as working for PNC Bank N.A. and provided identification which lists you as working for the parent company, PNC Financial Services Group.

3. A parent corporation does not have the authority to collect the receivables of a subsidiary, absent merger or the consent of the subsidiary given by a duly authorized officer of the subsidiary. There is no such authorization in the papers provided to the Court indicating that PNC Bank N.A. (the petitioner) or PNC Financial Services Group, Inc. (the parent corporation) may collect on behalf of PNC Equipment Finance LLC.

Please submit the items above within 45 days of the date of this Notice to:

                              Finance Department
                       United States Bankruptcy Court
          J.W. McCormack Post Office and Court House
                 5 Post Office Square, Suite 1150
                      Boston, MA 02109-3945

If the requested documents are not received within 45 days from the date of this notice, the Court will consider your application to be deficient and will cease any further processing.

                                                            Sincerely,

                                                            /s/Judith P. Crossen
                                                            Chief Deputy Clerk