UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                                )
                                      )
                                      )    Case No. 08-10204 WCH
    Joseph M. Fleury               )    Chapter 7
                                      )
        Debtor                   )
                                      )

**ORDER DENYING PETITION FOR PAYMENT OF UNCLAIMED FUNDS**

**IT IS HEREBY ORDERED** that the *Petition for Payment of Unclaimed Funds* filed on 1/23/2014 by PNC Bank, NA in the amount of $2.955.46 **is denied without prejudice** for failure to provide the Court with documentation evidencing the petitioner's right to collect sufficient to support payment pursuant to 28 U.S.C. §2042.

Dated: 5/30/2014

BY THE COURT

_____
*United States Bankruptcy Judge*