UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

Joseph McLaughlin

Debtor
_____/

Chapter 7
Case No. 95-12691 FJB

**DEFICIENCY NOTICE RE: PETITION FOR PAYMENT OF UNCLAIMED FUNDS**

The Court is unable to process your Petition for Payment of Unclaimed Funds re: *(PNC Bank, NA requesting the funds of claimant PNC Bank Successor to Midlantic National Bank in the amount of $862.06)* without additional information.

1. The Court requires a copy of a government issued photo ID from anyone making a claim for funds held by the Court.

2. A parent corporation does not have the authority to collect the receivables of a subsidiary, absent merger or the consent of the subsidiary given by a duly authorized officer of the subsidiary. There is no such authorization in the papers provided to the Court and you have listed yourself as working for PNC Bank N.A. and provided identification which lists you as working for the parent company, The PNC Financial Services Group. Please provide proof of your position with PNC Bank, NA or PNC Financial Services Group. (Documentation of your position should be on official letterhead with the corporate seal.)

3. Please note: If you are collecting on behalf of the parent corporation, please provide the proper documentation authorizing your right to collect these funds.

Please submit the items above within 45 days of the date of this Notice to:

Finance Department
United States Bankruptcy Court
J.W. McCormack Post Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109-3945

If the requested documents are not received within 45 days from the date of this notice, the Court will consider your application to be deficient and will cease any further processing.

Sincerely,

/s/Judith P. Crossen
Chief Deputy Clerk